UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT HAMMOND

| | |
|---|---|
| In re ) | |
| ) | |
| Ryan Stojkovich ) | Case No. 09-25397-JPK |
| Vicki Stojkovich ) | Chapter 7 |
| ) | |
| Debtor(s) ) | |

### ORDER TO APPOINT A SUCCESSOR TRUSTEE

At Hammond, Indiana, on 01/12/2010.

On 01/08/2010, Kenneth Manning filed a Rejection of Appointment. The court notes, however, that this rejection was filed more than five days after the trustee was notified of the trustee's selection. It is, there, untimely; the trustee is deemed to have accepted the office, Fed. R. Bk. P. Rule 2008, and cannot now reject the appointment. The court chooses to treat the trustee's attempted rejection of the appointment as a resignation in this case.

IT IS THEREFORE ORDERED that the United States Trustee shall appoint one disinterested person to serve as trustee in this case pending the selection of a successor trustee in accordance with § 703 of the United States Bankruptcy Code.

_____
Judge, United States Bankruptcy Court