# UNITED STATES BANKRUPTCY COURT
## Northern District of Indiana
### Hammond Division

| | |
|---|---|
| In Re: Debtor(s) (name(s) and address)<br>Ryan Michael Stojkovich faw Inc S&G Custom Homes, faw Complete Construction Services, faw Stojkovich Inc., faw Helios Inc.<br>xxx−xx−3348<br>3470 W. 138th Lane<br>Crown Point, IN 46307<br><br>Vicki Lynn Stojkovich aka N/A N/A<br>xxx−xx−1732<br>3470 W. 138th Lane<br>Crown Point, IN 46307 | ) <br>) <br>) <br>) Case Number: 09−25397−jpk<br>) <br>) <br>) <br>) <br>) <br>) <br>) Chapter: 7<br>) <br>) <br>) <br>) <br>) <br>) |

## REASSIGNMENT OF INTERIM TRUSTE AND FIXING BOND

NOTICE IS HEREBY GIVEN THAT:

1. Kenneth A. Manning having rejected assignment of interim trustee in the above captioned case, said case is reassigned to:

> Gordon E. Gouveia
> 433 W. 84th Drive
> Merrillville, IN 46410−6247

2. The former trustee shall forthwith turn over to the successor trustee all records and property of the estate remaining in the former trustee's custody and control.

3. The trustee's bond is fixed under the general blanket bond heretofore approved by the United States Trustee.

4. In the event no trustee is elected pursuant to 11 U.S.C §702, said interim trustee shall serve as trustee in this case.

5. That the Section 341 meeting of creditors is rescheduled to February 9, 2010 at 09:00 AM to be held at 5400 Federal Plaza, 1st Floor, Suite 1700, Hammond, Indiana, 46320 with the debtor required to be present. The clerk is directed to send notice to all creditors and parties in interest.

Dated: January 12, 2010 .

Nancy J. Gargula
_____
United States Trustee

Document No. 17 − 15