IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

In re the matter of

RYAN MICHAEL STOJKOVICH
F/A/W INC S & G CUSTOM HOMES
F/A/W COMPLETE CONSTRUCTION SERVICES
F/A/W HELIOS INC.
F/A/W STOJKOVICH INC. and
VICKI LYNN STOJKOVICH,

      Debtor.

NO. 09-25397-jpk
CHAPTER 7

JUDGE J. PHILIP KLINGEBERGER

### STIPULATION FOR ASSUMPTION OF LEASE AGREEMENT BETWEEN DEBTOR AND LAND ROVER CAPITAL GROUP

Now comes Land Rover Capital Group, ("Land Rover") and the Debtors, by and through the undersigned counsel, and stipulate and agree to the entry of an Order Approving Assumption of Lease Agreement between Land Rover and the Debtors regarding the lease of a certain **2008 Land Rover LR3, V.I.N. SALAE25458A443319,** under the terms of the Lease Assumption Agreement attached hereto. The Debtors agree to comply with the terms and conditions of the Lease Agreement and waive the affect, if any, the discharge under 11 U.S.C. §524(a) has as to the assumed Lease Agreement.

STIPULATED TO:

| | |
|---|---|
| /s/ Daniel Freeland | /s/ Terri M. Long |
| DANIEL FREELAND | TERRI M. LONG |
| ATTORNEY AT LAW | LAW OFFICES OF TERRI M. LONG |
| 9105 Indianapolis Boulevard | 18201 Morris Avenue |
| Highland, IN 46322 | Homewood, Illinois 60430 |
| Phone: (219) 922-0800 | Phone: (708) 922-3301 |
| Attorney for Debtor(s) | Fax   : (708) 922-3302 |
| | Attorney for Land Rover Capital Group |

Date: 2/24/10

Account No.:XXXX8833

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

Debtor(s): RYAN MICHAEL STOJKOVICH                    Case No. 09-25397-jpk
F/A/W INC. S & G CUSTOM HOMES
F/A/W COMPLETE CONSTRUCTION SERVICES
F/A/W HELIOS INC.
F/A/W STOJKOVICH INC. and
VICKI LYNN STOJKOVICH,

## LEASE ASSUMPTION AGREEMENT

I/We agree to assume the Lease Agreement ("Lease"), described below (See Description of Lease), with Land Rover Capital Group, ("Land Rover") pursuant to 11 U.S.C. §365(p) and agree to make the monthly payments listed below (See Payments Due Under Lease) as required under the Lease. The Lease is hereby incorporated by reference. I/We further agree to be bound by all the terms and conditions of the Lease including but not limited to any and all liability for excess mileage, excess wear and use, and any other amounts required by the Lease. I/We agree to obtain an order from the Bankruptcy Court assuming the Lease as my/our personal obligation and agree that any protections afforded under 11 U.S.C. §524(a) do not apply to this Lease.

**Description of Lease**

Lease Date: 2/22/2008                    Vehicle Description: 2008 Land Rover LR3

Account No.: XXXX8833

**Payments Due Under Lease**

The next monthly lease payment under the lease is due on **February 23, 2010** and the remaining lease payments are due on the same day of each month thereafter until the lease terminates on **August 22, 2010**.  In addition to my normal monthly payments, I agree to cure the default, if any, listed below:
Payments on the Lease      are     X   are not  in default.
_____ payments are in default for a total default of $____;

I/We will pay _____ a month for _____ months in addition to my normal monthly lease payment to cure the default.

I/We assume the Lease through this Lease Assumption Agreement.
Lessee (Debtor):                                          Co-Lessee (Co-Debtor), if also assuming the lease:

Print name: Ryan Michael Stojkovich                       Print name: Vicki Stojkovich

Signature: X  /s/                                         Signature: X  /s/

Date:  2-23-10                                            Date:  2-23-10

Accepted and Approved by Attorney for Debtor:

Print name: Daniel Freeland

Signature: X /s/                                          Date:  2-23-10

Accepted by Land Rover:

Print Name:  Terri M. Long

Signature: /s/                                            Date: 2/26/10