IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| In re the matter of | NO. 09-25397-jpk |
| RYAN MICHAEL STOJKOVICH | CHAPTER 7 |
| f/a/w INC. S&G CUSTOM HOMES | |
| f/a/w/ COMPLETE CONSTRUCTION SERVICES | |
| f/a/w HELIOS INC. | |
| f/a/w/ STOJKOVICH INC. and | |
| VICKI LYNN STOJKOVICH, | |
| Debtors. | JUDGE J. PHILIP KLINGEBERGER |

MOTION TO APPROVE STIPULATION FOR
ASSUMPTION OF LEASE AGREEMENT

Now comes VOLVO CAR FINANCE NORTH AMERICA, ITS SUCCESSORS AND/OR ASSIGNS, (hereinafter referred to as "VOLVO"), a creditor herein, by TERRI M. LONG, its attorney, and moves this Honorable Court for entry of an Order Approving Assumption of Lease Agreement. In support thereof, creditor respectfully represents as follows:

1. That on December 17, 2009, the Debtors herein filed a petition for relief under Chapter 7 of the Bankruptcy Code.

2. That VOLVO is a creditor of the Debtors with respect to a certain unexpired Lease Agreement dated February 22, 2008, providing for the lease by the Debtors from VOLVO of a certain 2008 Volvo XC70 motor vehicle.

3. That, pursuant to 11 U.S.C.§365(p), the Debtor wishes to assume said lease.

4. That the parties have attached the agreement to this motion, and pray for entry of an Order Approving Assumption of Lease Agreement. (See Exhibit A.)

WHEREFORE, VOLVO CAR FINANCE NORTH AMERICA, its successors and/or assigns, prays that this Honorable Court enter an Order Approving Assumption of Lease Agreement between the Debtors and VOLVO CAR FINANCE NORTH AMERICA, its successors and/or assigns, as to a 2008 Volvo XC70 motor vehicle, V.I.N. YV4BZ982X81012524, and for such other and further relief as this Court may deem just.

          VOLVO CAR FINANCE NORTH
          AMERICA, its Successors and/or Assigns

DATED: March 1, 2010        BY: _____/s/ Terri M. Long_____
                                                 TERRI M. LONG

TERRI M. LONG
LAW OFFICES OF TERRI M. LONG
18201 Morris Avenue
Homewood, Illinois  60430
Phone: (708) 922-3301
Fax    : (708) 922-3302
Atty. for VOLVO CAR FINANCE NORTH AMERICA, ITS SUCCESSORS AND/OR ASSIGNS

**MOTOR VEHICLE LEASE AGREEMENT**

FORM# 3560
STATE OF ILLINOIS
Date: 02/22/2008

**LESSEE** (and Co-Lessee) Name and Address (including County)
VICKI L STOJKOVICH
RYAN M STOJKOVICH
3470 WEST 138TH LANE
CROWN POINT IN 46307
LAKE COUNTY

**LESSOR** (Dealer's Name and Address)
LAUREL VOLVO OF TINLEY PARK
8031 159TH ST
TINLEY PARK, IL 60477

"Finance Company" is _____ "Holder" is VOLVO CAR FINANCE NA and its assigns.

By signing "You" (Lessee and Co-Lessee) agree to lease this Vehicle according to the terms on the front and back of this lease and the terms of the WearCare Addendum, if any, attached to this lease.

If Your payment schedule is shown in Item 2(a), You entered into a "Monthly Payment Lease."
If Your payment schedule is shown in Item 2(b), You entered into an "Advance Payment Lease."

| New/Used | Mileage at Delivery | Year/Make/Model | Vehicle Identification Number | Vehicle Use |
|---|---|---|---|---|
| NEW | 7 | 2008 VOLVO XC70 | YV4BZ982X81012524 | PERSONAL |

**1. Amount Due At Lease Signing or Delivery (Itemized Below)**
$ 1000.00

**2. Payments**
(a) Monthly Payments
Your first monthly payment of $ 811.71 is due on 02/22/2008, followed by 35 payments of $ 811.71 due on the 23RD day of each month. The total of Your monthly payments is $ 29221.56

(b) Advance Payment
Your Payment of $ N/A is due on N/A
The total of Your payment is $ N/A

**3. Other Charges** (not part of Your monthly payment)
Disposition fee (if You do not purchase the Vehicle) $ N/A
Total $ N/A

**4. Total of Payments** (The amount You will have paid by the end of the lease)
$ 29409.85

**Itemization of Amount Due at Lease Signing or Delivery**

**5. Amounts Due At Lease Signing or Delivery:**
a. Capitalized cost reduction    $ 188.29
b. First monthly payment          811.71
c. Advance payment                N/A
d. Refundable security deposit    N/A
e. Title fees                     N/A
f. Registration fees              N/A
g. Acquisition fee                N/A
h. N/A                            N/A
i. N/A                            N/A
j. N/A                            N/A
k. N/A                            N/A
l. UPFRONT SALES TAX              N/A
m. N/A                            N/A
Total $ 1000.00

**6. How the Amount Due At Lease Signing or Delivery will be paid:**
a. Net trade-in allowance    $ N/A
b. Rebates and noncash credits   N/A
c. Amount to be paid in cash     1000.00
d. N/A                           N/A
Total $ 1000.00

**7. Your payment is determined as shown below:**
a. Gross capitalized cost. The agreed upon value of the Vehicle ($ 39750.00) and any items You pay over the lease term (such as service contracts, insurance, and any outstanding prior credit or lease balance). (Itemized below - Item 18) ** ............... $ 44321.74
b. Capitalized cost reduction. The amount of any net trade-in allowance, rebate, noncash credit, or cash that You pay that reduces the gross capitalized cost ................... 188.29
c. Adjusted capitalized cost. The amount used in calculating Your base payment ........ = 44133.45
d. Residual value. The value of the Vehicle at the end of the lease used in calculating Your base payment ..... − 20275.80
e. Depreciation and any amortized amounts. The amounts charged for the Vehicle's decline in value through normal use and for other items paid over the lease term ............... 23857.65
f. Rent charge. The amount charged in addition to the depreciation and any amortized amounts ....... + 3709.71
g. Total of base payments. The depreciation and any amortized amounts plus the rent charge .............. 27567.36
h. Lease payments. The number of payments in Your lease ..................... ÷ 36
i. Base payment ............................................................... 765.76
j. Sales / Use tax ............................................................ + 45.95
k. N/A ....................................................................... + N/A
l. N/A ....................................................................... + N/A
m. Total payment ............................................................. = $ 811.71
n. Lease term in months ...................................................... 36

**Early Termination.** You may have to pay a substantial charge if You end this lease early. The charge may be up to several thousand dollars. The actual charge will depend on when the lease is terminated. The earlier You end the lease, the greater this charge is likely to be.

**8. Excess Wear and Use.** You may be charged for excessive wear based on our standards for normal use. At the scheduled end of this lease, unless You purchase the Vehicle, You must pay to Lessor $0. 20 per mile for each mile in excess of 60007 miles shown on the odometer. See items 22 and 28 on back and the WearCare Addendum, if any, attached to this lease for additional excess wear and use terms.

**9. Extra Mileage Option Credit.** At the scheduled end of this lease, You will receive a credit of $0. 15 per unused mile for the number of unused miles between 58507 and 60007 miles, less any amounts You owe under this lease. You will not receive any credit if the Vehicle is destroyed, if You terminate Your lease early, exercise any purchase option, are in default or the credit is less than $1.00.

**10. Purchase Option at End of Lease Term.** $ 20525.80 plus official fees and taxes, and a reasonable documentary fee if allowed by law, is Your lease end purchase option price. You have the option to purchase the Vehicle at the end of the lease term from a party designated by the Holder for the purchase option price if You are not in default.

**11. Other Important Terms.** See Your lease documents for additional information on early termination, purchase option and maintenance responsibilities, warranties, late and default charges, insurance, and any security interests, if applicable.

**12. WARRANTY** The Vehicle is covered by any warranty, extended warranty or service contract indicated below:
[X] Standard new vehicle warranty provided by the manufacturer or distributor of the Vehicle.
[ ] N/A
   N/A

**13. OFFICIAL FEES AND TAXES** $ 1665.50.
The estimated total amount You will pay for official and license fees, registration, title and taxes over the term of Your lease, whether included with Your monthly payments or assessed otherwise. The actual total of fees and taxes may be higher or lower depending on the tax rates in effect or the value of the leased property at the time a fee or tax is assessed.

**14. VEHICLE INSURANCE MINIMUMS** You must insure the Vehicle during this lease. This insurance must be acceptable to Finance Company and protect You and Holder with (a) comprehensive fire and theft insurance with a **maximum deductible** amount of $1,000; and (b) collision and upset insurance with a **maximum deductible** of $1,000; and (c) automobile liability insurance with **minimum limits** for bodily injury or death of $25/$100,000.00 for any one accident, and $ 50,000.00 for property damage. You will list the Holder as additional insured and loss payee under the insurance policy unless Lessor or Finance Company specifies otherwise. You must give Finance Company evidence of this insurance. (See item 23 on back)

**NO PHYSICAL DAMAGE OR LIABILITY INSURANCE COVERAGE FOR BODILY INJURY OR PROPERTY DAMAGE CAUSED TO OTHERS IS INCLUDED IN THIS LEASE.**

**15. OPTIONAL INSURANCE** These coverages are not required to enter into this lease and will not be provided unless You sign below. If insurance is to be obtained by Lessor, the coverages are shown in a notice given to You this date and are for the term of this lease.

a. Credit Life Insurance    $ N/A (Initial Coverage)  $ N/A (Premium)  N/A (insured(s))
   N/A (Insurance Company)
   Lessee: X N/A    Co-Lessee: X N/A

b. Credit Disability Insurance    $ N/A (Monthly Coverage)  $ N/A (Premium)  N/A (insured(s))
   N/A (Insurance Company)
   Lessee: X N/A    Co-Lessee: X N/A

**16. LATE PAYMENTS** You will pay a late charge on each payment that is not received within 10 days after it is due. The charge is 7.5% of the full amount of the scheduled payment or $50.00 whichever is less.

**17. LESSOR SERVICES** N/A (See item 21 on back) N/A

**18. Itemization of Gross Capitalized Cost**

| Agreed Upon Value of the Vehicle | Sales/Use Tax and Other Applicable Taxes | Title Fees | License and Registration Fees | Extended Warranty and Service Contract | Acquisition Fee | Documentation Fee |
|---|---|---|---|---|---|---|
| $ 39750.00 | $ 26.30 | $ N/A | $ 10.00 | $ N/A | $ 895.00 | $ 150.00 |
| NEG. TRD. EQUIT N/A | N/A | N/A | N/A | N/A | VCP | Total Gross Capitalized Cost |
| $ 3115.44 | $ N/A | $ N/A | $ N/A | $ N/A | $ 375.00 | $ 44321.74 |

**SIGNATURES AND IMPORTANT NOTICES**

**Modification:** This lease sets forth all of the agreements of Lessor and You for the lease of the Vehicle. There is no other agreement. Any change in this lease must be in writing and signed by You and Finance Company.

Lessee: VICKI L STOJKOVICH    By: X /s/    Title: ____
Co-Lessee: RYAN M STOJKOVICH    By: X /s/    Title: ____

**YOU ACKNOWLEDGE THAT YOU HAVE READ AND AGREE TO BE BOUND BY THE ARBITRATION PROVISION ON THE REVERSE SIDE OF THIS CONTRACT.**

**NOTICE TO THE LESSEE:** This is a lease. You have no ownership rights in the vehicle unless and until You exercise Your option to purchase the Vehicle, if this lease contains a purchase option. Do not sign this lease before You read it. Early termination may require You to pay a substantial amount. You are entitled to a completed copy of this lease when You sign it.

You acknowledge that You received a filled-in copy of this lease at the time You signed it and notice of an assignment of this lease by the Lessor to Holder.

Lessee: VICKI L STOJKOVICH    By: X /s/    Title: ____
Co-Lessee: RYAN M STOJKOVICH    By: X /s/    Title: ____

Lessor and Lessee are hereby notified that Holder has assigned to QI Exchange at Holder's qualified intermediary, its rights (but not its obligations) with respect to the purchase of this Vehicle and the sale of this Vehicle at lease termination.
Lessor accepts this assignment to Holder under the terms of the lease plan agreement between Lessor and Holder.

Lessor: LAUREL VOLVO OF TINLEY PARK    By: X /s/    Title: ____

VCF 19012-P  SEPT 06
VCF 19012-APP
Previous editions may NOT be used.

SEE OTHER SIDE FOR ADDITIONAL AGREEMENTS

**ORIGINAL**

PLY 1 - ORIGINAL    PLY 2 - LESSEE    PLY 3 - LESSOR    PLY 4 - CO-LESSEE/GUARANTOR

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| In re the matter of | NO. 09-25397-jpk |
| RYAN MICHAEL STOJKOVICH<br>f/a/w INC. S&G CUSTOM HOMES<br>f/a/w/ COMPLETE CONSTRUCTION SERVICES<br>f/a/w HELIOS INC.<br>f/a/w/ STOJKOVICH INC. and<br>VICKI LYNN STOJKOVICH, | CHAPTER 7 |
| Debtors. | JUDGE J. PHILIP KLINGEBERGER |

NOTICE OF FILING
AND
CERTIFICATE OF SERVICE

TO:

Ryan Michael Stojkovich
Vicki Lyn Stojkovich
3470 W. 138th Lane
Crown Point, IN 46307
**BY U.S. MAIL**

| | |
|---|---|
| Daniel Freeland, Attorney for Debtor | BY ELECTRONIC TRANSMISSION |
| David R. DuBois, Chapter 7 Trustee | BY ELCETRONIC TRANSMISSION |
| Nancy J. Gargula, U.S. Trustee | BY ELECTRONIC TRANSMISSION |
| **\*SEE ATTACHED SERVICE LIST** | **BY ELECTRONIC TRANSMISSION** |

PLEASE TAKE NOTICE that the Motion to Approve Stipulation for Assumption of Lease Agreement was filed with the United States Bankruptcy Court for the Northern District of Indiana, a copy of which is hereby served upon you.

PROOF OF SERVICE

I, the undersigned attorney, certify that I served a copy of this Notice with Motion to Approve Stipulation for Assumption of Lease Agreement attached, upon the parties listed above, by the methods specified, from 18201 Morris Avenue, Homewood, Illinois 60430 before the hour of 5:00 P.M. on the 1st day of March, 2010.

BY: _____/s/ Terri M. Long_____
TERRI M. LONG

TERRI M. LONG
LAW OFFICES OF TERRI M. LONG
18201 Morris Avenue
Homewood, Illinois 60430
Phone: (708) 922-3301
Fax   : (708) 922-3302
Atty. for VOLVO CAR FINANCE NORTH AMERICA, ITS SUCCESSORS AND/OR ASSIGNS

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0755-2<br>Case 09-25397-jpk<br>Northern District of Indiana<br>Hammond Division<br>Fri Feb 26 12:18:53 EST 2010 | Allied Building Products<br>c/o Elizabeth J Lucas<br>8700 Broadway<br>Merrillville, IN 46410-7036 | American Express<br>PO Box 981537<br>El Paso, TX 79998-1537 |
| American Savings<br>C/O Robert Plantz<br>8105 Georgia Street<br>Merrillville, IN 46410-6224 | American Savings<br>C/O Scott Bilse<br>200 Russell Street Ste. 200<br>Hammond, IN 46320-1815 | Bass & Associates<br>3936 E Fort Lowell Rd<br>Suite 200<br>Tucson, AZ 85712-1083 |
| Chase<br>PO Box 9001020<br>Louisville, KY 40290-1020 | Citi Bank<br>PO Box 6241<br>Sioux Falls, SD 57117-6241 | Citibank<br>C/O J.C. Christensen & Assoc.<br>PO Box 519<br>Sauk Rapids, MN 56379-0519 |
| Citizens Financial<br>707 Ridge Rd.<br>Munster, IN 46321-1678 | Demotte State Bank<br>c/o Shawn D Cox<br>433 W 84th Drive<br>Merrillville, IN 46410-6247 | Discover<br>PO Box 6103<br>Carol Stream, IL 60197-6103 |
| David R. DuBois<br>P. O. Box 14<br>Portage, IN 46368-0014 | Enhanced Recovery Corp.<br>8014 Bayberry Rd.<br>Jacksonville, FL 32256-7412 | Fifth Third Bank<br>c/o David E Woodward<br>9223 Broadway Ste A<br>Merrillville, IN 46410-7017 |
| Rebecca Hoyt Fischer<br>112 West Jefferson Boulevard<br>Suite 310<br>South Bend, IN 46601-1909 | Daniel Freeland(EW)<br>9105 Indianapolis Boulevard<br>Highland, IN 46322-2553 | Nancy J. Gargula<br>One Michiana Square Building<br>Suite 555<br>100 East Wayne Street<br>South Bend, IN 46601-2394 |
| Gevalia Kaffe<br>Holmparken Square<br>PO Box 6276<br>Dover, DE 19905-6276 | HD Supply White Cap<br>c/o Edward Grimer<br>130 N Main St<br>Crown Point, IN 46307-4063 | Home Lumber Co<br>c/o David M Blaskovich<br>9223 Broadway Ste A<br>Merrillville, IN 46410-7017 |
| (p)HORIZON BANK NA<br>515 FRANKLIN SQUARE<br>PO BOX 800<br>MICHIGAN CITY IN 46361-0800 | Horizon Bank NA<br>c/o Rebecca Hoyt Fischer<br>Laderer & Fischer<br>112 West Jefferson Blvd<br>Ste. 310<br>South Bend, IN 46601-1909 | Indiana Department of Revenue<br>Bankruptcy Section, N-240<br>100 North Senate Avenue<br>Indianapolis IN 46204-2273 |
| Indiana Employment Security Division<br>10 North Senate Street<br>Indianapolis, IN 46204-2201 | Indiana Gross Inc Div<br>P.O. Box 595<br>Indianapolis IN 46206-0595 | J.C. Christensen<br>PO Box 519<br>Sauk Rapids, MN 56379-0519 |
| James Flamini<br>c/o 130 N Main St<br>Crown Point, IN 46307-4063 | John Deere Construction<br>C/O Weltman Weinberg & Reis Co<br>323 W. Lakeside Ave. Ste. 200<br>Cleveland, OH 44113-1009 | John Deere Construction & Fore<br>c/o Nicholas K Rohner<br>525 Vine St Ste 800<br>Cincinnati, OH 45202-3122 |

LVNV Funding
C/O J.C. Christensen & Assoc.
PO Box 519
Sauk Rapids, MN 56379-0519

Lake County Treasurer
Attention: Bankruptcy Clerk
2293 North Main Street
Crown Point IN 46307-1854

Land Rover Capital Group
Department #193901
PO Box 55000
Detroit, MI 48255-0001


Terri M. Long(CR)
Law Offices of Terri M. Long
18201 Morris Avenue
Homewood, IL 60430-2189

MCM
Dept. 12421
PO Box 603
Oaks, PA 19456-0603

Mann Bracken LLp
Two Irvington Centre
702 King Farm Blvd
Rockville, MD 20850-5774


Mazda American Credit
P O Box 6275
Dearborn, MI 48121-6275

McCann Industries
c/o Robert L Meinzer
9190 Wicker Ave PO Box 111
Saint John, IN 46373-0111

Michael W. Back
One Professional Center
Ste 204
Crown Point, IN 46307-1882


Mohawk/Gemb
PO Box 981439
El Paso, TX 79998-1439

NSA
PO Box 8901
Westbury, NY 11590-8901

Nelnet Loans
3015 S Parker Rd
Aurora, CO 80014-2904


Nordstrom
PO Box 13589
Scottsdale, AZ 85267-3589

R & J LLC
c/o Timoth F Kelly
55 W Lincoln Hwy Ste 101
Crown Point, IN  46307

Rich Pellar
7100 W 21st Ave.
Gary, IN 46406-2406


Robert J Wallauer
c/o Melanie M Dunajeski
5920 Hohman Ave
Hammond, IN 46320-2423

Ron Burget
C/O Robin Remley
900 Ridge Road Ste. T
Munster, IN 46321-1727

Santa Barbara Bank & Trust
c/o Lambert c Genetos
8585 Broadway Ste 480
Merrillville, IN 46410-5669


Ryan Michael Stojkovich
3470 W. 138th Lane
Crown Point, IN 46307-7484

Vicki Lynn Stojkovich
3470 W. 138th Lane
Crown Point, IN 46307-7484

Timothy A Brust
c/o Lambert C Genetos
8585 Broadway Ste 480
Merrillville, IN 46410-5669


Volvo
P O Box 6275
Dearborn, MI 48121-6275

Volvo Car Finance
Po Box 537901
Livonia, MI 48153-7901

Walter E. Smith
1251 W. Thorndale Avenue
Itasca, IL 60143-1149


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Horizon Bank
502 Franklin Square
Michigan City, IN  46360

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)American Savings  
c/o Scott Bilse  
200 Russell St Ste 200  
Hammond, IN 46320-1815

(u)J. Philip Klingeberger  
Hammond Division

(u)Land Rover Capital Group

(u)Volvo Car Finance North America

End of Label Matrix  
Mailable recipients    53  
Bypassed recipients     4  
Total                  57