UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

In Re:  Ryan M. Stojkovich & Vicki L. Stojkovich,    Chapter 7 Case
         Debtors.                                    Case No.: 09-25397 jpk

### NOTICE OF MOTION AND OPPORTUNITY TO OBJECT

On or about March 12, 2010, Creditor 7722 Grant, LLC, by Attorney George P. Galanos filed a *Motion For Relief From Stay & Abandonment of Property,* seeking relief from the automatic stay & for the abandonment of non-residential real estate stating that Debtors do not own said real property. A copy of the motion is attached to this notice.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney. If you do not have an attorney, you may wish to consult one.

If you do not want the court to grant the motion, then **on or before** April 15, 2010 you or your attorney must:

1. File a written objection to the motion, which should explain the reasons why you object, with the Clerk of the United States Bankruptcy Court at:

    5400 Federal Plaza, Hammond, Indiana 46320

If you mail your objection, you must mail it early enough so that it will be **received** by the date it is due.

2. You must also mail a copy of your objection to:

    a) George P. Galanos, Attorney at Law 1301 North Main Street Crown Point, Indiana 46307 219/663-1938;
    b) Paul Chael, Standing Chapter 13 Trustee, 401 West 84th Drive, Ste. C, Merrillville, Indiana 46410 219/650-4015; and,
    c) U.S. Trustee, One Michiana Square Building, 100 East Wayne Street, Rm #555, South Bend, Indiana 46601

If you do not file an objection by the date it is due, the Court may grant the relief requested without holding a hearing. If you do file an objection, the Court will set the application for hearing, which you or your attorney will be expected to attend.

Date:   March 12, 2010                                _/s/_George P Galanos_____
                                                      George P. Galanos #11556-45
                                                      Attorney for Creditor 7722 Grant, LLC
                                                      1301 North Main Street
                                                      Crown Point, Indiana 46307
                                                      219/663-1938

### CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2010, service of a true and complete copy of the *Notice of Motion and Opportunity to Object* with attached motion was made upon: Debtors by depositing the same in the United States Mail, envelopes properly addressed to each of them and with sufficient first class postage affixed or where applicable to their respective e-mail addresses upon the electronic filing of same to their respective e-mail addresses via PACER.

_/s/_George P Galanos_____
George P Galanos