UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

In Re:

    Ryan M. Stojkovich & Vicki L. Stojkovich,    Chapter 7 Case
           Debtors.    Case No.: 09-25397 jpk

### ENTRY OF APPEARANCE

Attorney George P. Galanos enters his appearance on behalf of 7722 Grant, LLC, a creditor.

Respectfully submitted,

_/s/ George P Galanos_____
George P. Galanos, #11556-45
Attorney for Creditor
1301 North Main Street
Crown Point, Indiana  464307
Telephone: 219/663-1938

### CERTIFICATE OF SERVICE

I certify that on March 12, 2010, service of the foregoing was served upon:

–     Debtor's Attorney;
–     Chapter 7 Trustee; and,
–     U.S. Trustee

to their respective e-mail addresses upon the electronic filing of same via PACER.

__/s/ George P. Galanos_____
George P. Galanos

Prepared by:

George P. Galanos
Attorney at Law
1301 North Main Street
Crown Point, Indiana  46307
Telephone: 219/663-1938