UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| IN RE:<br>STOJKOVICH, RYAN MICHAEL<br>STOJKOVICH, VICKI LYNN<br><br>Debtor(s) | )<br>)<br>) CASE NO. 09-25397   -JPK<br>)<br>) Chapter 7 |

# TRUSTEE'S OBJECTION TO MOTION FOR ABANDONMENT

The undersigned does respectfully represent:

1. That the undersigned is the duly qualified and acting Trustee of the bankruptcy estate of the above-named Debtor(s), having been so appointed on 12/17/09.

2. That the undersigned does hereby Object to the Motion for Abandonment heretofore filed by 7722 Grant, LLC, a creditor in the above bankruptcy case, and does hereby move the Court for a hearing on said creditor's Motion for Abandonment wherein said creditor will be required to prove the right to the relief sought, all as required by Bankruptcy Rule 6007.

Dated at Portage, IN on March 18, 2010

/s/ David R. DuBois
David R. DuBois, Trustee and
Trustee's attorney, #4609-64
6226 Central Avenue, P.O. Box 14
Portage, IN 46368-0014
Telephone: (219) 762-5574
Email: dave.dubois@verizon.net

**CERTIFICATE OF SERVICE**

I certify that on this date service of a true and complete copy of the foregoing instrument was made on the following persons by electronic filing as shown on the Notice of Electronic Filing or by depositing the same in the United States Mail in a properly addressed and stamped envelope:
United States Trustee, 100 E. Wayne St., Ste. 555, South Bend, IN 46601
George P. Galanos, Attorney at Law, 1301 North Main Street, Crown Point, IN 46307
Daniel L. Freeland, 9105 Indianapolis Blvd., , Highland, IN 46322
STOJKOVICH, RYAN MICHAEL, STOJKOVICH, VICKI LYNN, 3470 W. 138TH LANE, , CROWN POINT, IN 46307
Dated at Portage, IN on March 18, 2010.

/s/ David R. DuBois
David R. DuBois, Trustee